Lyntrice MCGEE, Claimant/Appellant,

v.

**BARNES-JEWISH HOSPITAL,**
**Employer/Respondent,**

and

**Division of Employment Security,**
**Respondent.**

No. ED 105006

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: September 12, 2017

Lyntrice McGee, Appellant acting Pro Se.

Barnes-Jewish Hospital, Respondent acting Pro Se.

Mandolin Jackson, 421 East Dunklin St., Jefferson City, MO 65101, For Respondent Division of Employment Security.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

## ORDER

PER CURIAM.

Lyntrice McGee ("Claimant") appeals the order of the Labor and Industrial Relations Commission (the "Commission") affirming the dismissal of her untimely appeal by the Appeals Tribunal of the Division of Employment Security (the "Division"). Claimant offers two points on appeal regarding the Division's denial of unemployment benefits, but neither is applicable to the order of the Commission, as the Commission only reviewed whether Claimant's appeal to the Appeals Tribunal was timely and whether there was good cause to extend the time to file the appeal. We affirm the Commission's order.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).